

# MKC LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57th STREET 8th FL., | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

November 11, 2025

<u>Via ECF; Total Pages: 1</u>
Hon. Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Ville Food Corp v. Moreno et al
      Docket No. 1:25-cv-07885-AS

Dear Judge Subramanian:

This office represent defendants Ville Food Corp. (d/b/a Centro Pizzeria), 852 Food Corp. (d/b/a Roma Pizza), and Eusebio Echevarria (collectively "Defendants") in the above-referenced matter. I filed my Notice of Appearance on behalf of Defendants for this matter on October 24, 2025.

Pursuant to Paragraph 3(E) of Your Honor's Individual Practice Rules, I am respectfully submitting this letter-motion to request an adjournment of the Initial Pretrial Video Conference scheduled for December 15, 2025 at 3:30 p.m. I am requesting this adjournment due to a scheduling conflict with an in-person Settlement Conference that I have. This is the first request for an adjournment, and I have conferred with Plaintiff's counsel, and they consent to this adjournment request.

Thank you for your kind consideration and courtesies as to this matter.

Respectfully submitted,

/s/ *Michael K. Chong*

Michael K. Chong, Esq.

MKC/mq
cc: Plaintiff's counsel (*via ECF*)

---

**The initial pre-trial conference has been rescheduled to 3:30 p.m. on Thursday, December 18. Dial in details remain the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 19.**

**SO ORDERED.**

Arun Subramanian, U.S.D.J.
Date: November 12, 2025

1