# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 18, 2025

**VIA ECF**  
Hon Arun Subramanian  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: **Jonathan Miranda Moreno et al v. Ville Food Corp. et al**  
**Case No.: 1:25-cv-07885-AS**

Your Honor:

     This office represents the Plaintiffs in the above-referenced matter. We write to request an adjournment of the Initial Pre-trial Conference scheduled for December 18, 2025. We respectfully request the Conference be re-scheduled to a date in January. The reason for the request is that the undersigned will be overseas on vacation during the second half of December. Defendants consent to this request. This is the second time the parties are requesting the relief herein.

     We thank the Court for its time and attention to this matter.

DENIED. If the parties submit their required pre-conference materials, agree on a schedule, and there are no disputes, then the conference will be cancelled.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.  
Date: November 19, 2025

Respectfully Submitted,

*/s/Robert Jun*  
Robert Jun, Esq

*Certified as a minority-owned business in the State of New York*