

## MKC
## LAW GROUP

**WWW.MKCLAWGROUP.COM**
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 203-7476 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

**EMAIL: MKC@MKCLAWGROUP.COM**

December 11, 2025

Given that the protective order is written to be signed by both sides, plaintiff's counsel is ORDERED to contact defendant's counsel within 48 hours to either (1) return a signed copy of the proposed protective order, which can then be resubmitted to the Court or (2) propose changes to the protective order in good faith. The motion to approve the unilateral protective order is DENIED for now, without prejudice to re-filing should plaintiff's counsel fail to take action. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 29.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 11, 2025

<u>Via ECF; Total Pages: 1</u>
Hon. Arun Subramanian U.S.D.J
United States District Court - SDNY
500 Pearl Street
New York, NY 10007

Re:    Jonathan Miranda Moreno et al v. Ville Food Corp. et al
Docket No.: 1:25-cv-07885-AS

Dear Judge Subramanian:

This office represents defendants 852 Food Corp. and Ville Food Corp. (hereinafter collectively "Defendants") in the above-referenced matter. I respectfully submit for Your Honor's review and consideration the attached Protective Order, prepared in accordance with the applicable rules and in a form consistent with the Court's protective order standards.

This Protective Order is intended to govern the dissemination, handling, and use of documents and information produced in this matter that contain confidential information and personal identification information. The Defendants are currently in the process of producing documents that contain confidential information. We have attempted to obtain consent from Plaintiff's counsel, Mr. Robert Jun, on multiple occasions. To date, we have received no response. We respectfully submit the proposed protective order for Your Honor's review and consideration. Thank you.

Respectfully submitted,

s/ *Michael K. Chong*
Michael K. Chong, Esq.

MKC/mq
Attach.
cc: Plaintiff's counsel (*Via ECF*)

1