UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omar Jonathan Miranda Moreno,

                Plaintiff,

      -against-

Ville Food Corp. et al.,

             Defendants.

25-CV-7885 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants' motion to compel, Dkt. 33, is GRANTED and plaintiff's motion for an extension of time to complete discovery, Dkt. 34, is DENIED. Plaintiff does not provide any justification for the requested extension, nor does he explain his repeated failure to respond to defendants' emails seeking compliance with discovery obligations.

Plaintiff is ORDERED to provide responses to all overdue discovery requests within 14 days of this order.

The Clerk of Court is respectfully directed to terminate Dkts. 33 and 34.

SO ORDERED.

Dated: March 18, 2026
     New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge