UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Omar Jonathan Miranda Moreno, | |
| Plaintiff, | |
| -against- | 25-CV-7885 (AS) |
| Ville Food Corp. et al, | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

Before the Court is plaintiff's motion to compel response to his interrogatories. Dkt. 36. Plaintiff seeks to compel responses to interrogatories directed to Eusebio Echevarria, the individual defendant.

It appears that Michael K. Chong, who represents the corporate defendants, is incorrectly listed on the docket as also representing Echevarria due to a clerical error. No counsel has filed an appearance on behalf of Echevarria, and he appears to be in default. Chong thus states that he is not responsible for Echevarria's failure to respond to interrogatories.

The parties are directed to proceed as follows:

- The corporate defendants are directed to submit a letter within 7 days explaining what role, if any, Echevarria has at the two companies. To the extent that he is an officer or employee—as alleged in the complaint—they may still be responsible for ensuring his compliance with discovery obligations. They may also wish to advise him to hire counsel or file a pro se appearance with the Court.
- Plaintiff should file a motion for default with respect to defendant Echevarria, following the procedures and requirements laid out in the Court's Individual Practices.

The motion to compel is DENIED, but plaintiff may re-file if Echevarria is within the corporate defendants' control and they do not comply with plaintiff's renewed discovery requests. The corporate defendants' request for attorney's fees and costs is also DENIED; although they claim the motion is frivolous, it does appear on the docket that Chong is listed as counsel for Echevarria, so the confusion was justified. Further, although they fault plaintiff for failing to meet and confer, his motion states that he sent emails to defense counsel that were not responded to.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 36, and to update the docket to show that Eusebio Echevarria has failed to enter an appearance and is not represented by Michael K. Chong.

SO ORDERED.

Dated: March 27, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge