UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omar Jonathan Miranda Moreno,

                              Plaintiff,

                -against-

Ville Food Corp. et al.,

                              Defendants.

25-CV-7885 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Both plaintiff and counsel for the corporate defendants have claimed that the other party has failed to respond to emails regarding discovery requests in the past few weeks. Dkts. 33, 36, 39. The parties are ORDERED to schedule a weekly phone or video call between them, to last no less than 30 minutes per week until the close of discovery, to meet and confer to resolve any discovery disputes.

The parties should meet and confer on the calls in good faith and attempt to resolve any disputes before they have to be brought to the Court. The Court expects there to be no more motions filed about a failure to respond to any discovery request.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 39.

SO ORDERED.

Dated: April 3, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge