

**MKC**
LAW GROUP

**WWW.MKCLAWGROUP.COM**
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57th STREET 8th FL., | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to*: FORT LEE          EMAIL: MKC@MKCLAWGROUP.COM

April 30, 2026

*Via ECF; Total Pages: 1*
Hon. Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Ville Food Corp v. Moreno et al
             Docket No. 1:25-cv-07885-AS

Dear Judge Subramanian:

    This office represent defendants Ville Food Corp. (d/b/a Centro Pizzeria), 852 Food Corp. (d/b/a Roma Pizza), and Eusebio Echevarria (collectively "Defendants") in the above-referenced matter.

    My office had been awaiting proposed settlement documents from Mr. Jun, however we did not receive them. Mr. Jun has advised that he sent them on 4/20/26, but we could not locate that email. Today, Mr. Jun has emailed to me the proposed settlement documents for review. I will be reviewing them with my client.

    In light of our receipt of the proposed settlement documents, Defendants will set aside their application (Doc 42) at this time, with the reservation that if the settlement is not completed, Defendants can reinstate this application.

    Thank you for your kind consideration and courtesies as to this matter.

The motion is DENIED WITHOUT PREJUDICE. The parties should conclude their discussions by the end of next week. Should there be no resolution by that time, defendant should furnish the Court with the recording of the call in question so that the Court can determine wither any party violated the Court's Individual Practices. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 42.

Respectfully submitted,

/s/ *Michael K. Chong*

Michael K. Chong, Esq.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 30, 2026