**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OMAR JONATHAN MIRANDA MORENO, *individually and on behalf of others similarly situated,*<br><br>                              *Plaintiff,*<br><br>-against-<br><br>VILLE FOOD CORP. (D/B/A CENTRO PIZZERIA), 852 FOOD CORP. (D/B/A ROMA PIZZA), AND EUSEBIO ECHEVARRIA,<br><br>                              *Defendants.* | Case No. **1:25-cv-07885-AS**<br><br>~~[Proposed Form Of]~~<br>**JUDGMENT** |

## JUDGMENT

On May 4, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, OMAR JONATHAN MIRANDA MORENO, has judgment against VILLE FOOD CORP. (D/B/A CENTRO PIZZERIA), 852 FOOD CORP. (D/B/A ROMA PIZZA), and EUSEBIO ECHEVARRIA, jointly and severally, in the amount of Thirteen Thousand Dollars and Zero Cents ($13,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is respectfully directed to close the case.

Dated:  June 12, 2026

_____
       HON. ARUN SUBRAMANIAN
       U.S. DISTRICT JUDGE